|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------x<br>In re:<br><br>    Thomas R. Heavey,<br><br>                      Debtor.<br><br>------------------------------------------------------------------x<br>John S. Pereira, as Chapter 7 Trustee for the<br>estate of Thomas R. Heavey,<br><br>                      Plaintiff,<br><br>                v.<br><br>397 Realty LLC,<br><br>                      Defendant.<br>------------------------------------------------------------------x | **HEARING DATE AND TIME:**<br>**MAY 2, 2017 AT 2:30 P.M.**<br><br>**OBJECTION DEADLINE:**<br>**APRIL 25, 2017 AT 4:00 P.M.**<br><br>Chapter 7<br><br>Case No. 14-46201 (NHL)<br><br><br><br>Adv. No. 15-01064 (NHL) |

## DEFENDANT'S NOTICE OF MOTION
## FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon the accompanying (i) Memorandum of Law in Support of defendant 397 Realty LLC's Motion for Summary Judgment; and (ii) Declaration of David H. Singer in Support of Defendant's Motion for Summary Judgment, Defendant; and (iii) Defendant's Statement of Undisputed Material Facts pursuant to Local Bankruptcy Rule 7056-1 in Support of Defendant's Motion for Summary Judgment, Defendant, by and through its undersigned counsel, will move this Court, before the Honorable Nancy H. Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, located at 271-C Cadman Plaza East, Brooklyn, New York 11201, on May 2, 2015, at 2:30 p.m., or as soon thereafter as

Counsel may be heard, for an order declaring Defendant the holder of a valid lien on non-bankrupt Staci Weber's share of the proceeds realized by the plaintiff's sale of 397 5th Avenue, Brooklyn, New York, and such other and further relief in Defendant's favor as to this Court seems just and equitable; and

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing; and

**PLEASE TAKE FURTHER NOTICE** that any opposing affidavits, answering memoranda of law, or other responses shall be filed and served no later than **4:00 p.m. (EDT) April 25, 2017**, must be made in writing, state with particularity the grounds therefore, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-559 (General Order M-559 and the Revised Administrative Procedures for Electronically Filed Cases can be found at www.nyeb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's filing system and, by other parties in interest, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers of Judge Lord) and shall be served upon (i) David H. Singer & Associates LLP, counsel to Defendant, 233 Broadway, Suite 810, New York, New York 10279 (Attention: David H. Singer, Esq.); and (ii) Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014 (Attention: William Curtin, Esq.) so as to be received by **4:00 p.m. (EDT), April 25, 2017** (the "Objection Deadline Date"); and

**PLEASE TAKE FURTHER NOTICE** that unless responses are received by that time, the relief may be granted as requested.

Dated: March 31, 2017

                              DAVID H. SINGER & ASSOCIATES LLP

                              By:_____
                                 David H. Singer, Esq.
                                 233 Broadway, Suite 810
                                 New York, New York 10279
                                 Tel.: (212) 233-8800
                                 ds225522@aol.com

                              *Attorneys for Defendant*