UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | : Chapter 7 |
| THOMAS R. HEAVEY, | : Case No. 14-46201 (NHL) |
| Debtor. | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : |
| JOHN S. PEREIRA, as chapter 7 trustee for the estate of Thomas R. Heavey, | : Adv. Pro. No. 15-01064 (NHL) |
| Plaintiff, | |
| vs. | |
| 397 REALTY LLC, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL OF A SETTLEMENT AGREEMENT PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019

Upon the motion (the "Motion") [**Adv. Doc. No. 69**] of John S. Pereira, as chapter 7 trustee (the "Trustee") for the estate of Thomas R. Heavey (the "Debtor"), for entry of an order approving a Settlement Agreement pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019; and a hearing (the "Hearing") having been held on the Motion on December 5, 2019; and the Court having reviewed the Motion and no objections having been filed to the Motion; and it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 157 and 1334, and (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and upon the record of the Hearing, at which appeared counsel to the Trustee and David H. Singer (counsel to 397 Realty LLC and Prompt Mortgage Providers of North America, LLC); and proper notice of the Motion having been given; and the Court having found that the settlement agreement

reflects a reasonable exercise of the Trustee's business judgment and is in the best interest of the Debtor's estate; it is hereby **ORDERED**:

1. The Motion is GRANTED as set forth herein.

2. The Trustee is hereby authorized to enter into the Settlement Agreement with the Parties[1] a copy of which is attached hereto as Exhibit A.

3. The terms of the Settlement Agreement are hereby approved.

4. The Court will retain jurisdiction to consider any and all disputes or other issues that may arise relating to this Order and/or the Settlement Agreement.

5. The Trustee is hereby authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of the Settlement Agreement and this Order.

6. This Order shall be effective immediately upon entry by the Court.

---

[1] As defined in the Settlement Agreement.



**Dated: December 6, 2019**
     **Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**